UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

OCT 14 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-21-MJ-30024-M |
| CARLOS CESAR SAUCEDO-TORRES | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about August 20, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

CARLOS CESAR SAUCEDO-TORRES

an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
CYNTHIA A. VILLANUEVA
ASSISTANT UNITED STATES ATTORNEY